UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD BYRD AND DEVI LOREN SMITH,

    Plaintiffs,

v.

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

Case No. 1:20-cv-176

HONORABLE PAUL L. MALONEY

### JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 30, 2021

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge